# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>JOSE LUIS ABARCA,<br><br>　　　　　　Defendant. | Case No. 22CR128-BTM<br><br>**JUDGMENT AND ORDER OF DISMISSAL**<br><br>The Honorable Barry Ted Moskowitz |

　　　The United States of America's Amended Motion to Dismiss the Indictment with prejudice is **GRANTED**.  The Court dismisses the Indictment with prejudice.

DATED:  March 24, 2022

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　The Honorable Barry Ted Moskowitz
　　　　　　　　　　　　　　　　　　　United States District Judge